# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLLETTE HERRICK, JULIENE ATWOOD, TEESHA MITCHELL, and SHEREE JONES,  Plaintiffs, vs. POTANDON PRODUCE L.L.C., a limited liability company, KENT M. ROMRELL, DICK THOMAS, JAMEY HIGHAM, TRAVIS HESS, MEL DAVENPORT, STEVE OTTUM, and J.P. SURERUS and JACK KELLEY, individuals,  Defendants. | CASE: 4:15-CV-00533-BTS  ORDER FOR DISMISSAL |

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice. It is further ordered that the parties shall bear their own costs and attorney fees incurred in this matter.

DATED this 11th day of January, 2017.

BY THE COURT:

_____
Ted Stewart
United States District Judge